Submitted on remand from the Oregon Supreme Court January 5, affirmed February 25, reconsideration denied April 10, petition for review allowed May 5, 1987 (303 Or 370)

STATE OF OREGON,
*Respondent,*

*v.*

TERRY JOE DAWSON,
*Appellant.*

(C84-07-33033; CA A36323)

733 P2d 461

Laura Graser, Portland, for appellant.

Dave Frohnmayer, Attorney General, Salem, James E. Mountain, Jr., Solicitor General, and Linda DeVries Grimms, Assistant Attorney General, for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

This case was remanded to us from the Oregon Supreme Court, for reconsideration in light of *State v. Owens,* 302 Or 196, 729 P2d 524 (1986). In our first opinion, 77 Or App 306, 307, 713 P2d 45 (1986), we held that the warrantless testing of the contents of a paperfold seized from defendant's jacket was unlawful under Article 1, § 9 of the Oregon Constitution. That holding is wrong under *Owens.*

Affirmed.